JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUIS OMAR LOZANO-ESPARZA, <br><br> Petitioner, <br><br> v. <br><br> R. RICOLLI, WARDEN, <br><br> Respondent. | Case No. 5:24-cv-01995-MCS (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 26, 2025  \_\_\_\_\_

*Mark C. Scarsi*
MARK C. SCARSI
United States District Judge

1